[No. 18417–2–I. Division One. May 16, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM FREDDIE JOHNSON, *Defendant,* DONALD LEROY SCHUTTE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–00688–1, Stuart C. French, J., entered May 2, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Williams, JJ.

[No. 18148–3–I. Division One. May 16, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TOMMY GLENN RAINWATER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03619–7, Gary M. Little, J., entered March 20, 1986. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Grosse, J., concurred in by Swanson and Williams, JJ.

[No. 20234–1–I. Division One. May 16, 1988.]

JOHN BRUNSMAN, ET AL, *Appellants,* v. LONGVIEW PUBLISHING CO., INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–01169–8, Terrence A. Carroll, J., entered March 20, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Webster and Winsor, JJ.